Original - State Treasurer (Part 1)
1st copy - Court (Part 2)       3rd copy - Return (proof of service) (Part 2)
2nd copy - Defendant (Part 2)   4th copy - Plaintiff/Attorney (proof) (Part 2)

| • STATE OF MICHIGAN | REQUEST AND WRIT FOR GARNISHMENT | • CASE NO. |
| US ___ JUDICIAL DISTRICT | (INCOME TAX REFUND/CREDIT) | Adv. 07-5785 wsd |
| Bkpt. ___ JUDICIAL CIRCUIT | | |

| Court address | • Zip code | Court telephone no. |
| 211 W. Fort Street, Suite 2100 Detroit, MI | 48226 | (313) 234-0065 |

This portion to be completed by the court only. — TO THE GARNISHEE: Make the amount intercepted pursuant to this writ payable to and mail to: ☐ the plaintiff. ☑ the plaintiff's attorney. ☐ the court.

| Plaintiff's name and address (judgment creditor) | Defendant's name and address (judgment debtor) |
| Neill Electrical Service, Inc., a Michigan corporation<br>c/o 33110 Grand River Avenue<br>Farmington, MI 48336-3120 | Adam Helfman<br>6663 Bloomfield Lane<br>W. Bloomfield, MI 48322 |

v

**FILED**
2015 OCT 26 A 10 2
U.S. BANKRUPTCY
E.D. MICHIGAN DETROIT

Plaintiff FE no. / Social security no.

Plaintiff's attorney, address
Robert Igrisan (P-33035)
33110 Grand River Avenue
Farmington, MI 48336-3120

Social security no.

Garnishee
Third Party Withholding Unit
Michigan Department of Treasury
PO Box 30785
Lansing, Michigan 48909

| Plaintiff attorney FE no. | Plaintiff attorney telephone no. |

**REQUEST** — NOTE for item 2: If a civil judgment includes judgment interest in the "total judgment" field (as in the forms in use before the 5/07 revisions), the interest amount reported in item 2 should not include any postfiling interest already included in the judgment.

1. On _02/11/2008_____, the plaintiff received judgment against the defendant for: $ 40,000.00
2. The total amount of judgment interest accrued to date is: $ 5,600.00
   The total amount of postjudgment costs accrued to date is: $
   The total amount of postjudgment payments made and credits to date is: $ 12,905.00
   **The amount of the unsatisfied judgment now due (including interest and costs) is:** $ 32,695.00
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant
4. Plaintiff requests a writ of garnishment to intercept income tax and that it be paid to ☑ plaintiff's attorney. ☐ plaintiff.
I declare that the statements above are true to the best of my information, knowledge, and belief.

10/22/2015
Date                                    Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT** — To be completed by the court.

**TO THE PLAINTIFF:**
1. The social security number field is blacked out for security reasons on all parts except the garnishee copy.
2. You must serve this writ on the state treasurer along with a $6.00 fee and any discovery request for information related to this garnishment.
3. You must serve a copy of this writ on the defendant within 7 days after serving the writ on the state treasurer.
4. You are responsible for paying to the state treasurer any reasonable costs incurred by the state treasurer in providing information in response to your discovery request.
5. If a state tax refund or credit is not intercepted before October 31 of the year during which this writ of garnishment is to be processed, you will not receive a disclosure unless you file a written request with the state treasurer between November 1 and December 31 of the tax year following the tax year for which this writ was filed.

**TO THE DEFENDANT:**
1. If a state tax refund or credit is intercepted pursuant to this writ, the state treasurer will notify you on a disclosure form.
2. You have **14 days** after being notified of an intercept to file objections to the writ of garnishment with the court. If you do not object within this time, the intercepted tax refund or credit held under this writ will be applied to the judgment **28 days** after the disclosure was filed with the court.

**TO THE GARNISHEE:**
1. Upon intercepting a state tax refund or credit, calculate the amount available to satisfy all or part of the garnishment.
2. Within 90 days after establishing any other liability for which the state tax refund or credit may be applied under MCL 205.30a, file with the court a verified disclosure identifying the intercepted amount, less any setoff, counterclaim, or other demand of the state against the defendant.
3. Unless notified by the court that objections to the writ of garnishment have been filed, payment of the intercepted amount must be made not less than 28 days after filing the disclosure.
4. You are ordered to pay the amount intercepted under this writ as stated at the top of this form.

10/26/15
Date of issue                                    Deputy court clerk

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the garnishee with this request and writ of garnishment, the $6.00 fee, and any attachments, and file proof of service with the court clerk as directed by the plaintiff. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE**     OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that:   (notarization not required) | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required) |

☐ I served the request and writ of garnishment, the $6.00 fee, and any attachments by:
    ☐ personal service    ☐ registered or certified mail (copy of return receipt attached) on:

| Garnishee name<br>Michigan Department of Treasury<br>Third Party Withholding Unit | Complete address of service<br>PO Box 30785<br>Lansing, Michigan 48909 | Day, date, time |
|---|---|---|

☐ I served a copy of the request and writ of garnishment by
    ☐ personal service    ☐ first-class mail on:

| Defendant name | Complete address of service | Day, date, time |
|---|---|---|
| | | |

☐ I have personally attempted to serve the request and writ of garnishment on the defendant and have been unable to complete service.

| Defendant name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled Fee<br>$ | | Signature _____ |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled Fee<br>$ | TOTAL FEE<br>$ | Name (type or print) _____<br>Title _____ |

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                 Date

My commission expires: _____ Signature: _____
                     Date                          Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received the request and writ of garnishment (and the $6.00 fee and attachments if applicable) on

_____ .
Day, date, time

_____ on behalf of _____
Signature

MCR 2.105